# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2077 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | 130 DB 2013 |
| | : | |
| v. | : | Attorney Registration No. 58619 |
| | : | |
| LAJUAN FREDERICK MARTIN, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated June 12, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

    ORDERED that LaJuan Frederick Martin is suspended on consent from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

    It is further ORDERED that Respondent shall pay the costs incurred by the investigation and prosecution of this matter.